UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRAIZ HERNANDEZ,

    Plaintiff,

v.                                          Case No.: 1:19-cv-21586-UU

DEPARTMENT STORES NATIONAL
BANK,

    Defendant.

_____/

**STIPULATION TO ARBITRATE AND STAY ACTION**

    Plaintiff, Iraiz Hernandez, and Defendant, Department Stores National Bank, through their counsel of record, hereby stipulate to submit all claims to binding arbitration and to stay all judicial proceedings pending the outcome of the arbitration, pursuant to the parties' arbitration agreement attached hereto as Exhibit 1.

    IT IS SO STIPULATED.

    Dated:  June 3, 2019.

| | |
|---|---|
| By: /s/ *Alisa M. Taormina* | By: /s/ *Joel D. Lucoff* |
| Brian C. Frontino | Joel D. Lucoff |
| Florida Bar No. 95200 | Florida Bar No. 192163 |
| Alisa M. Taormina | DEBT SHIELD LAW |
| Florida Bar No. 70848 | 3440 Hollywood Blvd., Suite 415 |
| STROOCK & STROOCK & LAVAN LLP | Hollywood, FL  33021 |
| 200 South Biscayne Boulevard, Suite 3100 | Telephone:  (754) 800-5299 |
| Miami, Florida 33131 | Facsimile:  (305) 503-9457 |
| Telephone:  (305) 358-9900 | legal@debtshieldlawyer.com |
| Facsimile:  (305) 789-9302 | joel@debtshieldlawyer.com |
| bfrontino@stroock.com | |
| ataormina@stroock.com | *Counsel for Plaintiff Iraiz Hernandez* |
| lacalendar@stroock.com | |
| | |
| *Counsel for Defendant Department Stores National Bank* | |

MIA 31423161

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

Joel D. Lucoff, Esq.
Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL  33021
Telephone:  (305) 776-1805
Facsimile:  (305) 503-9457
legal@debtshieldlawyer.com
joel@debtshieldlawyer.com

*/s/ Alisa M. Taormina*
Alisa M. Taormina

MIA 31423161

MIA 31423161