**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-21586-UU

IRAIZ HERNANDEZ,

      Plaintiff,

v.

DEPARTMENT STORES NATIONAL BANK,

      Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon the Joint Stipulation to Arbitrate and Stay Action. D.E. 12. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On April 25, 2019, Plaintiff filed the complaint alleging violations of the Telephone Consumer Protection Act, the Florida Consumer Collection Practices Act, and wrongful garnishment. D.E. 1. On June 3, 2019, the parties filed the Motion, informing the Court that Plaintiff's claims arise out of a credit card agreement with a binding arbitration provision. D.E. 12. The Parties agree to submit all claims to binding arbitration and to stay all judicial proceedings pending the outcome of arbitration pursuant to the parties' arbitration agreement. *Id*. Having carefully reviewed the Stipulation and the arbitration agreement (D.E. 12-1), it is hereby

ORDERED AND ADJUDGED that parties SHALL attend arbitration pursuant to the parties' arbitration agreement. It is further

ORDERED AND ADJUDGED that the parties SHALL file status updates every sixty (60) days from the date of this order and immediately upon resolution of the binding arbitration under the parties' arbitration agreement. It is further

ORDERED AND ADJUDGED that the action is hereby STAYED pending resolution of binding arbitration pursuant to the parties' arbitration agreement. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close the case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED Chambers in Miami, Florida, this _3d_ day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf